IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALTER CHRUBY, :
:
    Plaintiff, :
:
v. : 1:09-CV-01641
: (JUDGE MARIANI)
JEFFREY A. BEARD, et al., :
:
    Defendants. :

ORDER

AND NOW, THIS 13TH DAY OF JANUARY 2015, upon consideration of Plaintiff's motion to vacate (Doc. 188), motion to supplement (Doc. 191), and all accompanying briefs,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to supplement (Doc. 191) is **GRANTED**.

2. Plaintiff's motion to vacate (Doc. 188) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge